# Court of Appeals
# of the State of Georgia

ATLANTA,___May 18, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1466. WEAVER PIZZA, LLC et al. v. SYSCO ATLANTA, LLC

Sysco Atlanta, LLC filed an action on account against Weaver Pizza, LLC. Weaver Pizza filed an answer pro se, and Sysco Atlanta filed a motion to strike the answer. The trial court granted the motion after giving Weaver Pizza sufficient time to file a sufficient answer. Weaver Pizza filed a notice of appeal from the ruling. However, we lack jurisdiction.

The trial court's order entered judgment in favor of Sysco Atlanta on liability and left pending the issue of damages. Under these circumstances, the order is not final. Thus, Weaver Pizza was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) in order to appeal. See *Neal v. State*, 182 Ga. App. 37 (354 SE2d 664) (1987); *Attridge v. Maines*, 174 Ga. App. 472, 473 (330 SE2d 409) (1985). For these reasons, we lack jurisdiction, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____05/18/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*